NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000623
10-JUL-2019
08:19 AM**

NO. CAAP-18-0000623

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellant, v.
KIMSON RUBEN, Defendant-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1CPC-18-0000352)

ORDER OF CORRECTION
(By:  Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Memorandum Opinion filed on June 21, 2019, is corrected by (1) replacing "Doulgas" with "Douglas" on page 2 at line 12 from the top so that as corrected, the line reads: "observed by HPD officer Douglas Korenic to be possessing a"; (2) replacing "III." with "IV." on page 9 at line 1 so that as corrected, the line reads: "IV.  DISCUSSION"; and (3) replacing "IV." with "V." on page 16 at line 4 so that as corrected, the line reads: "V.  CONCLUSION".

The clerk of the court is directed to incorporate the foregoing changes in the original opinion.

DATED:  Honolulu, Hawai'i, July 10, 2019.

FOR THE COURT:

Associate Judge

---

[1] Leonard, Presiding Judge, Reifurth and Hiraoka, JJ.